UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 23-CR-0266 (KMM/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| DEVON LAMONT HOLT, | |
| Defendant. | |

Based on the motion for an extension of the deadline to file a notice of appeal in this case, IT IS ORDERED that:

The Motion is granted. The deadline for filing a notice of appeal in this case is extended for 30 days, pursuant to Rule 4(b)(4) of the Federal Rules of Appellate Procedure.

Dated:   December 17, 2024

*s/Katherine Menendez*
Honorable Katherine M. Menendez
United States District Court Judge