# UNITED STATES DISTRICT COURT
## District of Minnesota
NOTICE OF APPEAL

USCA 8 NO _____

United States of America

_____
Plaintiff

vs

_____        _____
Defendant                        District Court Docket Number

_____
District Court Judge

Notice is given that _____ appeals to the United States Court of Appeals for the Eighth Circuit from the ☐ Judgment & Commitment   ☐ Order (Specify) entered in this action on _____

_____        _____
Signature of Defendant's Counsel  Typed name of Defendant's Counsel

                                 ( )
_____        _____
Street Address/Room Number       Telephone Number

City        State        Zip        Date

## TRANSCRIPT ORDER FORM
### TO BE COMPLETED BY ATTORNEY FOR APPELLANT

☐ Please Prepare a transcript of:           ☐ I am not ordering a transcript because
  ☐ Pre-trial proceedings                     ☐ Previously filed
  ☐ Testimony or                              ☐ Other (Specify) _____
  ☐ Portions thereof _____
  ☐ Sentencing
  ☐ Post Trial Proceedings
  ☐ Other (Specify) _____

**CERTIFICATE OF COMPLIANCE**

Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon US District Court, court reporter and all counsel of record, and that satisfactory arrangements for payment of costs of transcripts ordered have been made with the court reporter. (FRAP 10(b)). Method of payment _____Funds, _____ CJA Form 24 completed (see separate CJA 24 form in criminal appeals form)

_____        _____
Attorney's Signature             Date

**NOTE: Complete All Items on Reverse Side**

# INFORMATION SHEET
## TO BE COMPLETED BY ATTORNEY FOR APPELLANT

1. Defendant's Address : **ADDRESS REDACTED**
   **ADDRESS REDACTED**

2. Date of Sentence: ☐ Jury   ☐ Non-Jury
   Offenses:

   Trial Testimony - Number of days _____   Bail Status: _____

3. Sentence and Date Imposed:

4. Appealing:   Sentence ☐   Conviction ☐   Both ☐
   Challenging:   ☐ Application of Sentencing Guidelines
   ☐ Constitutionality of Guidelines
   ☐ Both Application and Constitutionality

5. Date Trial Transcript ordered by Counsel or District Court:
   Stenographer in Charge :
   (Name, Address, Phone)

6. Trial Counsel Was:   ☐ Appointed (no fee required)   ☐ Retained (filing fee $505 unless IFP granted)
   Does Defendant's financial status warrant appointment of counsel on appeal?
   ☐ Yes   ☐ No
   Affidavit of Financial Status filed:

   Is there any reason why trial counsel should not be appointed as counsel on appeal?
   ☐ Yes   ☐ No

7. Assistant US Attorney Name and Phone Number:

**Court Reporter Acknowledgment**

_____   _____   _____
Date Order Received       Estimated Completion Date   Est. Number of Pages

_____                                  _____
Court Reporter Signature                              Date

Noticeofappeal (11/05)